**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| ELLIS,<br><br>Plaintiff,<br>v.<br><br>NEXSTAR MEDIA GROUP<br><br>Defendant. | **ORDER DENYING PLAINTIFF'S MOTIONS [ECF Nos. 22; 23; and 24]**<br><br>Case No. 2:25-cv-00748-DAK-CMR<br><br>District Judge Dale A. Kimball<br>Chief Magistrate Judge Cecilia M. Romero |

Before the court are the following three motions submitted by *pro se* Plaintiff Kayla Ellis (Plaintiff): Motion to Expedite (ECF 22), Motion to Admit New Evidence (ECF 23), and Motion to Declare No Undue Hardship (ECF 24) (collectively, Motions). Defendant did not file a response to any of the Motions, and the time to respond has passed. *See* DUCivR 7-1(a)(4)(D)(ii) ("A response to a motion must be filed within 14 days after service of the motion."). Having considered the Motions, the court finds oral argument not necessary and decides these matters on the written Motions. *See* DUCivR 7-1(g). For the reasons herein, the court **DENIES** Plaintiff's Motions.

Plaintiff brings this action under the Americans with Disabilities Act (ADA) based on events arising from her employment with Defendant (ECF 2-2). Defendant moved to dismiss Plaintiff's Amended Complaint (ECF 15). On July 27, 2026, the undersigned entered a Report and Recommendation recommending that the court deny Defendant's Motion to Dismiss (ECF 26).

## I. Motion to Expedite (ECF 22)

Plaintiff's Motion to Expedite does not clearly identify what matter she seeks to expedite (*see generally* ECF 22). DUCivR 7-1(a)(1)(A) requires a motion to state "the specific relief sought and the grounds for the relief." Moreover, other than Defendant's Motion to Dismiss (ECF 15),

there is no pending matter identified in Plaintiff's Motion that requires expedited resolution. Accordingly, the court DENIES Plaintiff's Motion to Expedite (ECF 22).

**II. Motion to Admit New Evidence (ECF 23)**

Plaintiff articulates various factual updates concerning her medical treatment and asks the court to admit them as new evidence (*see generally* ECF 23). The parties have not yet conducted discovery, and no evidentiary hearing is presently before the court. There is no proceeding in which the court may properly admit these materials into evidence. To the extent that Plaintiff is seeking to amend her Amended Complaint to add new factual allegations, she would need to file a motion for leave to amend which complies with the requirements of DUCivR 15-1. Plaintiff's Motion to Admit New Evidence (ECF 23) is therefore DENIED.

**III. Motion to Declare No Undue Hardship (ECF 24)**

Lastly, liberally construing this Motion, Plaintiff appears to be asking the court to declare that her requested accommodation would not impose an undue hardship on Defendant (*see generally* ECF 24). The ADA defines discrimination as "not making reasonable accommodations to the known physical or mental limitations of an otherwise qualified individual with a disability *unless the employer can demonstrate that the accommodation would impose an undue hardship on the operation of the business of the employer*." *Lincoln v. BNSF Ry. Co.*, 900 F.3d 1166, 1204 (10th Cir. 2018) (quoting *Punt v. Kelly Servs.*, 862 F.3d 1040, 1048 (10th Cir. 2017) (emphasis added)). Plaintiff appears to be requesting entry of summary judgment on a claim for declaratory relief. The court, however, cannot resolve such a merits-based request on the undeveloped record presently before it, nor is Plaintiff's request procedurally proper. Further, the Amended Complaint does not appear to assert a claim for declaratory relief (*see* ECF 2-2). The court, therefore, DENIES Plaintiff's Motion to Declare No Undue Hardship (ECF 24).

**ORDER**

For the reasons stated above, the court DENIES, without prejudice, Plaintiff's Motion to Expedite (ECF 22), Motion to Admit New Evidence (ECF 23), and Motion to Declare No Undue Hardship (ECF 24).

IT IS SO ORDERED.

DATED this 17 August 2026.

Cecilia M. Romero
Chief Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah