**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| **ELLIS,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**NEXTSTAR MEDIA GROUP, INC.,**<br><br>**Defendant.** | **ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION**<br><br>**Case No. 2:25-cv-00748-DAK-CMR**<br><br>**Judge Dale A. Kimball**<br><br>**Magistrate Judge Cecilia M. Romero** |

This case was assigned to United States District Court Judge Dale A. Kimball, who then referred the case to United States Magistrate Judge Cecilia M. Romero under 28 U.S.C. § 636(b)(1)(B). On July 27, 2026, Magistrate Judge Romero issued a Report and Recommendation [ECF No. 26], recommending that Defendant's Motion to Dismiss [ECF No. 15] be denied. The Report and Recommendation notified the parties that any objection to the Report and Recommendation must be filed within fourteen days of receiving it.

As of the date of this Order, Defendant has not submitted an objection. The deadline for submitting an objection has passed. Plaintiff filed a "Response to Report and Recommendation," [ECF No. 27] reiterating her arguments that the Motion to Dismiss should be denied.

A Magistrate Judge's Report and Recommendation is subject to *de novo* review by this court. *See* 28 U.S.C. § 636(b)(1)(B); *see also* Fed. R. Civ. P. 72(b). The court has reviewed the Report and Recommendation and the record *de novo* and agrees with Magistrate Judge Romero's recommendations. Plaintiff has alleged discrimination by Defendant based on disability. Defendant acknowledged that Plaintiff is bringing claims under the Americans with Disability Act but its arguments for dismissal relate to the standard for determining the sufficiency of

claims brought under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq. Defendant's motion does not meet the standards set forth in DUCivR 7-1(a)(1). Therefore, the court adopts and affirms Magistrate Judge Romero's Report and Recommendation and denies Defendant's Motion to Dismiss.

DATED this 25th day of August, 2026.

BY THE COURT:

Dale A. Kimball

DALE A. KIMBALL
United States District Judge